**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BILLY FLETCHER,

        Plaintiff,

vs.

J. DZURENDA, *et al.*,

        Defendants.

2:18-cv-01077-RFB-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Appointment of Counsel (ECF Nos. 20, 24, and 26).

Plaintiff is seeking for appointment of counsel because he is unable to afford counsel. Proceeding in forma pauperis in this case does not grant Plaintiff the right for appointment of counsel. Plaintiff's motion is DENIED. However, given that Plaintiff has stated a potential medical need, the court is referring this case to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Plaintiff Elizabeth Carley. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Appointment of Counsel (ECF Nos. 20, 24, and 26) is DENIED.

IT IS FURTHER ORDERED that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

IT IS FURTHER ORDERED that the Clerk forwards this order to the Pro Bono Liaison.

DATED this 5th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE