**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BILLY FLETCHER,

        Plaintiff,

vs.

J. DZURENDA, *et al.*,

        Defendants.

2:18-cv-01077-RFB-VCF

**ORDER**

Before the court is the Motion for Extension of Time to File an Amended Complaint (ECF NO. 37).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Here, no opposition has been filed and the time to file an opposition has passed. It would seem as though defendants have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that the Motion for Extension of Time to File an Amended Complaint (ECF NO. 37) is GRANTED. Plaintiff's Amended Complaint must be filed on or before August 20, 2020.

DATED this 21st day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE