UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BILLY FLETCHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DZURENDA, et al.,<br><br>　　　　　Defendant. | Case No. 2:18-cv-01077-RFB-VCF<br><br>**ORDER** |

　　　　Before the Court for consideration is the Report and Recommendation [ECF No. 49] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered October 15, 2020.

　　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by October 29, 2020. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1         **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 49] is
2    ACCEPTED and ADOPTED in full.
3         **ITS IS FURTHER ORDERED** that Defendants Motion to Dismiss [ECF No. 29] is
4    DENIED as moot.
5         **IT IS FURTHER ORDERED** that Plaintiff's case is dismissed without prejudice and this
6    case closed.
7         The Court Clerk is directed to mail a copy of this order to Plaintiff.

    DATED: January 14, 2021.

    _____
    **RICHARD F. BOULWARE, II**
    **United States District Judge**

- 2 -